UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:18-cr-00352-TWP-MPB |
| ) | |
| CORDNEY J. THURMAN, ) | -01 |
| ) | |
| Defendant. ) | |

**Order Denying Motion for Compassionate Release Without Prejudice**

Defendant filed a pro se motion that the Court construes as a Motion for Compassionate Release under Section 603 of the First Step Act of 2018, which is codified at 18 U.S.C. § 3582(c)(1)(A). Dkt. 107. On its face, the motion does not show that Defendant is entitled to compassionate release under § 3582(c)(1)(A). Accordingly, the motion, dkt. [107], is **denied without prejudice**.

If Defendant wishes to renew the motion, Defendant may do so by completing and returning the enclosed form motion. The **clerk** is **directed** to enclose a copy of the form Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release) (*Pro Se* Prisoner) with Defendant's copy of this Order.

**IT IS SO ORDERED.**

Date:   9/14/2020

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

2

Distribution:

Cordney Thurman
Reg. No. 16437-028
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

All Electronically Registered Counsel