UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No. 1:18-cr-00352-TWP-MPB |
| ) | |
| CORDNEY J. THURMAN, ) | - 01 |
| ) | |
| Defendant. ) | |

**REPORT AND RECOMMENDATION**

On January 26, 2023, the Court held a disposition hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on March 9, 2022. [Dkt. 120.] Defendant Cordney J. Thurman appeared in person with his appointed counsel Joseph Cleary. The government appeared by Kristina Korobov, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer James Thomas.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

  1.  The Court advised Defendant of his rights and provided him with a copy of the petition.

  2.  After being placed under oath, Defendant admitted violation numbers 1, 2, 3, 4 and 5.  [Docket No. 120.]

  3.  The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall reside at a location approved by the probation officer and shall notify the probation officer at least 72 hours prior to any planned change in place or circumstances of residence or employment (including, but not limited to, changes in who lives there, job positions, job responsibilities). When prior notification is not possible, you shall notify the probation officer within 72 hours of the change."** |
| | On March 8, 2022, this officer was advised by the renter, whom Mr. Thurman had been living with, that he had not lived at the last reported address of 5264 East 32nd Street, Indianapolis, Indiana, for the last few weeks and she was unaware of where he was residing. Additionally, as of this writing, Mr. Thurman has failed to respond to numerous attempts by this officer to communicate with him via phone and in the community to ascertain his location, and he has not reported any changes of address to this officer. His current whereabouts are unknown. |
| 2 | **"You shall not use or possess any controlled substances prohibited by applicable state or federal law, unless authorized to do so by a valid prescription from a licensed medical practitioner. You shall follow the prescription instructions regarding frequency and dosage."** |
| | On February 1, 2022, the offender submitted a urine sample which tested positive for marijuana. Additionally, as previously reported to the Court, on June 1, July 12, August 9, September 20, and December 3, 2021, he submitted samples which tested positive for marijuana. Also, on September 22, 2021, he submitted a sample which tested positive for both marijuana and amphetamines |
| 3 | **"You shall submit to substance abuse testing to determine if you have used a prohibited substance or to determine compliance with substance abuse treatment. Testing may include no more than 8 drug tests per month. You shall not attempt to obstruct or tamper with the testing methods."** |
| | Mr. Thurman has failed to report for drug testing on more than one occasion to include September 21, 2021, December 15, 2021, and March 4, 2022. |
| 4 | **"You shall participate in a substance abuse or alcohol treatment program approved by the probation officer and abide by the rules and regulations of that program."** |

|   |   | Mr. Thurman has not regularly attended weekly substance abuse treatment sessions as required. For the month of February 2022, he attended only one session and subsequent attempts by the treatment provider to reach him have been unsuccessful. |
|---|---|---|
|   | 5 | **"You shall be monitored by GPS Monitoring with home incarceration for a period of 180 days, to commence as soon as practical, and shall abide by all the technology requirements. You shall be restricted to your residence at all times except for employment, medical, substance abuse or mental health treatment, or other court-ordered obligations."** |
|   |   | Mr. Thurman failed to provide a valid address and make himself available to be installed on the monitoring program despite many requests from the probation officer. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a 24 month prison sentence with no further supervision to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 24 months with no supervised release to follow. The Magistrate Judge recommends placement at a facility close to Indianapolis, Indiana. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 1/26/2023

*Paul R. Cherry*
Paul R. Cherry
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system